**FILED**
6/5/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE GOVERNMENT'S OMNIBUS MOTION TO WITHDRAW FORMER COUNSEL | Nos. [Identified in Exhibit A]<br><br>Hon. Virginia M. Kendall<br>Chief Judge |

## GOVERNMENT'S OMNIBUS MOTION TO WITHDRAW FORMER COUNSEL

Now comes the UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and states as follows in support of its Omnibus Motion to Withdraw Former Counsel, and respectfully states as follows:

1. The individuals identified in Exhibit A ("List of Former Government Counsel and Related Matters") to this motion previously served as Assistant United States Attorneys or as the United States Attorney with the U.S. Attorney's Office for the Northern District of Illinois but are no longer employed by or otherwise associated with the U.S. Attorney's Office (the "Former Government Counsel").

2. The Former Government Counsel have appearances on file on behalf of the United States in the matters identified in Exhibit A.

3. Because the Former Government Counsel are no longer employed by or associated with the United States Attorney's Office, they may no longer appear as counsel on behalf of the United States in the matters identified in Exhibit A.

For the reasons stated herein, the government hereby moves this Court to grant it leave to withdraw the Former Government Counsel from the matters identified in Exhibit A.

<div style="margin-left: 45%;">

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    */s/ Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-3389

</div>

**Exhibit A**

**List of Former Government Counsel and Related Matters**

| Former Government Counsel | Case Number | Case Name |
|---|---|---|
| Amarjeet Bhachu | 1:04-cr-00225 | |
| Amarjeet Bhachu | 1:05-cr-00471 | |
| Amarjeet Bhachu | 1:05-cr-00472 | |
| Amarjeet Bhachu | 1:05-cr-00472 | |
| Amarjeet Bhachu | 1:09-cr-00727 *SEALED* | |
| Amarjeet Bhachu | 1:09-cr-00969 | |
| Amarjeet Bhachu | 1:11-cr-00150 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:17-cr-00522 | |
| Amarjeet Bhachu | 1:18-cr-00313 *SEALED* | |
| Amarjeet Bhachu | 1:18-cr-00313 *SEALED* | |
| Amarjeet Bhachu | 1:20-cr-00602 | |
| Amarjeet Bhachu | 1:20-cr-00812 | |
| Amarjeet Bhachu | 1:20-cr-00812 | |
| Amarjeet Bhachu | 1:20-cr-00812 | |
| Amarjeet Bhachu | 1:20-cr-00812 | |
| Amarjeet Bhachu | 1:22-cr-00115 | |
| Amarjeet Bhachu | 1:22-cr-00115 | |
| Amarjeet Bhachu | 1:22-cr-00213 | |
| Amarjeet Bhachu | 1:22-cr-00520 | |
| Amarjeet Bhachu | 1:23-cr-00283 | |
| Amarjeet Bhachu | 1:23-cr-00283 | |
| Amarjeet Bhachu | 1:24-cr-00153 | |
| Charles Mulaney | 1:00-cr-00649 | |
| Charles Mulaney | 1:02-cr-00573 | |
| Charles Mulaney | 1:04-cr-01001 | |
| Charles Mulaney | 1:10-cr-00802 | |
| Charles Mulaney | 1:18-cr-00460 | |
| Charles Mulaney | 1:18-cr-00743 | |
| Charles Mulaney | 1:18-cr-00743 | |
| Charles Mulaney | 1:18-cr-00818 | |

| | | |
|---|---|---|
| Charles Mulaney | 1:18-cr-00818 | |
| Charles Mulaney | 1:18-cr-00818 | |
| Charles Mulaney | 1:18-cr-00818 | |
| Charles Mulaney | 1:18-cr-00818 | |
| Charles Mulaney | 1:19-cr-00936 | |
| Charles Mulaney | 1:20-cr-00422 | |
| Charles Mulaney | 1:20-cr-00422 | |
| Charles Mulaney | 1:20-cr-00513 | |
| Charles Mulaney | 1:20-cr-00577 | |
| Charles Mulaney | 1:20-cr-00577 | |
| Charles Mulaney | 1:20-cr-00577 | |
| Charles Mulaney | 1:20-cr-00800 | |
| Charles Mulaney | 1:21-cr-00253 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00603 | |
| Charles Mulaney | 1:21-cr-00603 | |
| Charles Mulaney | 1:21-cr-00603 | |
| Charles Mulaney | 1:21-cr-00605 | |
| Charles Mulaney | 1:21-cr-00608 | |
| Charles Mulaney | 1:22-cr-00174 | |
| Charles Mulaney | 1:22-cr-00451 | |
| Charles Mulaney | 1:22-cr-00591 | |
| Charles Mulaney | 1:22-cr-00593 | |
| Charles Mulaney | 1:22-cr-00664 | |
| Charles Mulaney | 1:23-cr-00113 | |
| Charles Mulaney | 1:23-cr-00113 | |
| Charles Mulaney | 1:23-cr-00113 | |
| Charles Mulaney | 1:23-cr-00113 | |
| Charles Mulaney | 1:23-cr-00209 | |
| Charles Mulaney | 1:23-cr-00237 | |
| Charles Mulaney | 1:23-cr-00338 | |
| Charles Mulaney | 1:23-cr-00339 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00643 | |
| Charles Mulaney | 1:24-cr-00420 | |
| David Green | 1:20-cr-00288 | |
| David Green | 1:22-cr-00251 | |

| | | |
|---|---|---|
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00303 | |
| David Green | 1:22-cr-00672 | |
| Elizabeth Pozolo | 1:14-cr-00543 | |
| Elizabeth Pozolo | 1:20-cr-00139 *SEALED* | |
| Elizabeth Pozolo | 1:22-cv-01727 | |
| Elizabeth Pozolo | 1:23-cr-00377 | |
| Elizabeth Pozolo | 1:23-cr-00455 | |
| Georgia Alexakis | 1:08-cr-00746 | |
| Georgia Alexakis | 1:08-cr-00746 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:14-cr-00705 | |
| Georgia Alexakis | 1:14-cr-00705 | |
| Georgia Alexakis | 1:14-cr-00705 | |
| Georgia Alexakis | 1:15-cr-00615 | |
| Georgia Alexakis | 1:15-cr-00617 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00618 | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |

| | | |
|---|---|---|
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:16-cr-00394 | |
| Georgia Alexakis | 1:18-cr-00185 | |
| Jeannice Appenteng | 1:03-cr-01136 | |
| Jeannice Appenteng | 1:03-cr-01136 | |
| Jeannice Appenteng | 1:16-cr-00304 | |
| Jeannice Appenteng | 1:23-cr-00352 | |
| Jeremy Daniel | 1:07-cr-00722 | |
| Jeremy Daniel | 1:12-cr-00356 | |
| Jeremy Daniel | 1:18-cr-00517 | |
| Jeremy Daniel | 1:18-cr-00517 | |
| Jeremy Daniel | 1:19-cr-00052 | |
| Jeremy Daniel | 1:19-cr-00052 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00753 | |
| Jeremy Daniel | 1:22-cr-00611 | |
| Jeremy Daniel | 1:97-cr-00642 | |
| John Lausch | 1:00-cr-00068 | |
| John Lausch | 1:00-cr-00176 | |
| John Lausch | 1:00-cr-00993 | |
| John Lausch | 1:01-cr-00494 | |
| John Lausch | 1:01-cr-00494 | |
| John Lausch | 1:01-cr-00494 | |
| John Lausch | 1:02-cr-00298 | |
| Lela Johnson | 1:02-cr-00210 | |
| Lela Johnson | 1:02-cr-01192 | |
| Lela Johnson | 1:04-cr-00646 | |
| Lela Johnson | 1:09-cr-00911 | |
| Maureen McCurry | 1:18-cr-00728 | |

4

| | | |
|---|---|---|
| Maureen McCurry | 1:18-cr-00728 | |
| Maureen McCurry | 1:18-cr-00728 | |
| Maureen McCurry | 1:19-cr-00641 | |
| Maureen McCurry | 1:19-cr-00641 | |
| Maureen McCurry | 1:19-cr-00641 | |
| Maureen McCurry | 1:20-cr-00303 *SEALED* | |
| Maureen McCurry | 1:20-cr-00675 | |
| Maureen McCurry | 1:21-cr-00392 | |
| Maureen McCurry | 1:21-cr-00392 | |
| Maureen McCurry | 1:21-cr-00643 | |
| Maureen McCurry | 1:22-cr-00097 | |
| Maureen McCurry | 1:22-cr-00651 | |
| Maureen McCurry | 1:22-cr-00651 | |
| Maureen McCurry | 1:22-cr-00651 | |
| Maureen McCurry | 1:23-cr-00083 | |
| Maureen McCurry | 1:23-cr-00083 | |
| Maureen McCurry | 1:23-cr-00083 | |
| Maureen McCurry | 1:23-cr-00175 | |
| Maureen McCurry | 1:23-cr-00377 | |
| Maureen McCurry | 1:23-cr-00580 | |
| Maureen McCurry | 1:23-cr-00580 | |
| Maureen McCurry | 1:23-cr-00580 | |
| Maureen McCurry | 1:23-cr-00581 *SEALED* | |
| Maureen McCurry | 1:23-cv-00330 | |
| Maureen McCurry | 1:24-cr-00081 | |
| Maureen McCurry | 1:24-cr-00081 | |
| Maureen McCurry | 1:24-cr-00172 | |
| Maureen McCurry | 1:24-cr-00323 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Michael Beckman | 3:21-cr-50034 | |
| Michael Beckman | 3:21-cr-50046 *SEALED* | |
| Michael Beckman | 3:22-cr-50026 | |
| Michael Beckman | 3:22-cr-50055 | |
| Michael Beckman | 3:23-cr-50020 | |
| Michael Beckman | 3:23-cr-50020 | |
| Misty Wright | 1:16-cr-00307 | |

| | | |
|---|---|---|
| Misty Wright | 1:16-cr-00394 | |
| Misty Wright | 1:17-cr-00531 | |
| Misty Wright | 1:18-cr-00681 | |
| Misty Wright | 1:18-cr-00693 *SEALED* | |
| Misty Wright | 1:20-cr-00437 | |
| Misty Wright | 1:21-cr-00221 | |
| Misty Wright | 1:21-cr-00419 | |
| Misty Wright | 1:22-cr-00065 | |
| Misty Wright | 1:22-cv-04979 | |
| Misty Wright | 1:23-cr-00140 | |
| Misty Wright | 1:23-cr-00142 | |
| Misty Wright | 1:23-cr-00410 | |
| Misty Wright | 1:23-cr-00649 | |
| Misty Wright | 1:24-cr-00243 | |
| Misty Wright | 1:24-cr-00265 | |
| Misty Wright | 1:24-cr-00337 | |
| Patrick King | 1:03-cr-00090 | |
| Patrick King | 1:03-cr-00444 | |
| Patrick King | 1:04-cr-00200 | |
| Patrick King | 1:08-cr-00196 | |
| Patrick King | 1:08-cr-00196 | |
| Patrick King | 1:09-cr-01040 | |
| Patrick King | 1:10-cr-00874 | |
| Patrick King | 1:11-cr-00751 | |
| Patrick King | 1:19-cr-00582 | |
| Patrick King | 1:20-cv-02870 | |
| Patrick King | 1:22-cr-00394 | |
| Patrick King | 1:22-cv-01684 | |
| Patrick King | 1:92-cr-00208 | |
| Patrick King | 1:92-cr-00632 | |
| Patrick King | 1:96-cr-00291 | |
| Patrick King | 1:96-cr-00291 | |
| Patrick King | 1:96-cr-00291 | |
| Patrick King | 1:96-cr-00291 | |
| Peter Flanagan | 1:11-cr-00691 | |
| Peter Flanagan | 1:12-cr-00356 | |
| Peter Flanagan | 1:12-cr-00923 | |
| Peter Flanagan | 1:12-cr-00924 | |
| Peter Flanagan | 1:13-cr-00906 | |
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:14-cr-00539 | |

| | | |
|---|---|---|
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:14-cr-00539 | |
| Peter Flanagan | 1:15-cr-00062 | |
| Peter Flanagan | 1:15-cr-00063 | |
| Peter Flanagan | 1:15-cr-00064 | |
| Peter Flanagan | 1:16-cr-00462 | |
| Peter Flanagan | 1:18-cr-00745 *SEALED* | |
| Peter Flanagan | 1:19-cv-08139 | |
| Peter Flanagan | 1:21-cr-00277 | |
| Peter Flanagan | 1:21-cr-00277 | |
| Peter Flanagan | 1:21-cr-00277 | |
| Peter Flanagan | 1:21-cr-00277 | |
| Peter Flanagan | 1:21-cr-00486 | |
| Peter Flanagan | 1:21-cr-00486 | |
| Peter Flanagan | 1:25-cr-00027 *SEALED* | |
| Philip Fluhr | 1:16-cr-00668 | |
| Philip Fluhr | 1:21-cr-00188 | |
| Philip Fluhr | 1:21-cr-00486 | |
| Philip Fluhr | 1:21-cr-00486 | |
| Philip Fluhr | 1:22-cr-00110 | |
| Philip Fluhr | 1:22-cr-00110 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cr-00275 | |
| Philip Fluhr | 1:22-cv-07310 | |

| | | |
|---|---|---|
| Philip Fluhr | 3:15-cr-50011 | |
| Scott Paccagnini | 3:04-cr-50071 | |
| Scott Paccagnini | 3:04-cr-50071 | |
| Scott Paccagnini | 3:13-cr-50051 | |
| Scott Paccagnini | 3:17-cr-50018 *SEALED* | |
| Scott Paccagnini | 3:18-cv-70002 | |
| Scott Paccagnini | 3:19-cr-50029 | |
| Scott Paccagnini | 3:21-cr-50023 | |
| Talia Bucci | 3:04-cr-50054 | |
| Talia Bucci | 3:14-cr-50007 | |
| Talia Bucci | 3:14-cr-50042 | |
| Talia Bucci | 3:16-cr-50030 | |
| Talia Bucci | 3:22-cr-50061 | |
| Talia Bucci | 3:23-cr-50005 | |
| Talia Bucci | 3:23-cr-50008 | |
| Talia Bucci | 3:23-cr-50018 | |
| Yusef Dale | 1:03-cr-00090 | |
| Yusef Dale | 1:04-cr-00459 | |
| Yusef Dale | 1:04-cr-01072 | |
| Yusef Dale | 1:04-cr-01072 | |
| Yusef Dale | 1:04-cr-01072 | |
| Yusef Dale | 1:04-cr-01072 | |
| Yusef Dale | 1:09-cr-00383 | |
| Yusef Dale | 1:09-cr-00383 | |
| Yusef Dale | 1:09-cr-00383 | |
| Yusef Dale | 1:09-cr-00383 | |
| Yusef Dale | 1:09-cr-00383 | |
| Yusef Dale | 1:09-cr-00383 | |
| Yusef Dale | 1:09-cr-00383 | |
| Yusef Dale | 1:09-cr-00383 | |
| Yusef Dale | 1:09-cr-00383 | |
| Yusef Dale | 1:13-cr-00632 | |
| Yusef Dale | 1:15-cr-00583 | |
| Yusef Dale | 1:21-cr-00188 | |
| Yusef Dale | 1:21-cr-00761 | |
| Yusef Dale | 1:22-cr-00394 | |
| Yusef Dale | 1:22-cr-00593 | |
| Yusef Dale | 1:24-cr-00379 | |